FILED

**L.B.F. 2016-4**

2022 AUG -1  PM 3:58

## STATEMENT OF PRO SE DEBTOR

U.S. BANKRUPTCY COURT

Debtor's Name _Tarani  Johnson_ Case No. _____

Address _2285 Bryn Mawr Ave_ Chapter of Case _13_
_Philadelphia, PA 19131_

Telephone Number (home) _____ Date Case Filed _8/1/2022_

Telephone Number (work) _____

1.  List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

    _N/A_

    _____

    _____

2.  State how you were referred to the person or business named above or the source of advertisement you responded to.

    _N/A_

3.  a.  Total fee charged by person or business named above  $ _Ø_

    b.  Amount of fee paid as of the date you filed bankruptcy $ _Ø_

    c.  Did the preparer tell you the amount of court costs that must be paid to file your case?
        YES      NO    (circle one)      _N/A_

4.  Were various chapters or types of bankruptcy explained to you?
        YES      NO    (circle one)      _N/A_

    Other Comments _____

5.  Did the preparer explain to you that you have the right to claim certain property as exempt?
        YES      NO    (circle one)      _N/A_

6.    Did the preparer give you a copy of the papers he prepared for you?

          YES          NO    (circle one)          N/A

---

Date: _8/1/2022_                    By: _[signature]_