### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                         Chapter: 13

    Tarani A. Johnson
                Debtor(s)                     Bankruptcy No: 22−12013−mdc

### *O R D E R*

**AND NOW,** this 1st day of August 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        <u>Documents and Deadline</u>

        Certification Concerning Credit Counseling and/
        or Certificate of Credit Counseling due 8/15/2022.
        Matrix List of Creditors due 8/8/2022.
        Chapter 13 Plan due by 8/15/2022.
        Chapter 13 Statement of Your Current Monthly Income and
        Calculation of Commitment Period Form 122C−1(old)Due 8/15/2022
        Means Test Calculation Form 122C−2 −If Applicable − Due: 8/15/2022.
        Schedules AB−J due 8/15/2022.
        Statement of Financial Affairs due 8/15/2022.
        Summary of Assets and Liabilities Form B106 due 8/15/2022.

2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                      By the Court

                                    Magdeline D. Coleman
                    Chief Judge , United States Bankruptcy Court